Motion Granted; Appeal Dismissed and Memorandum
Opinion filed April 7, 2011.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-11-00182-CV

____________

 

JASON DECKER, M.D., Appellant

 

V.

 

MARK AND LESLIE BURATTI, INDIVIDUALLY AND ON BEHALF OF
ELLA BURATTI, Appellees

 



 

On Appeal from the 270th District Court

Harris County, Texas

Trial Court Cause No. 2010-34894

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed February 10, 2011.  On March 24, 2011, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Frost and Christopher.